FILED

NOT FOR PUBLICATION

JUL 16 2010

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

REINA ISABEL FUENTES-
CHAVARRIA,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 08-73374

Agency No. A098-884-250

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 29, 2010[**]

Before:    ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Reina Isabel Fuentes-Chavarria, a native and citizen of Honduras, petitions

for review of the Board of Immigration Appeals' order summarily affirming an

immigration judge's ("IJ") decision denying her application for asylum and

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument, and we therefore deny Fuentes-Chavarria's request for oral
argument.  See Fed. R. App. P. 34(a)(2).

withholding of removal.  We have jurisdiction under 8 U.S.C. § 1252.  We grant the petition for review.

The IJ found that petitioner demonstrated that she was a member of a particular social group consisting of her husband's family.  But, the IJ also found that petitioner failed to establish persecution on account of a protected ground because she did not demonstrate that she and the other members of her husband's family had a "shared, immutable characteristic."  Because the IJ's two findings appear incompatible, we remand for clarification.  *See Recinos De Leon v. Gonzales*, 400 F.3d 1185, 1194 (9th Cir. 2005) (remanding because "[w]e will not guess at the theory underlying the IJ's . . .opinion") (internal quotations omitted).

**PETITION FOR REVIEW GRANTED; REMANDED.**